# RETURN

Case No.: **23-02876MB**

☒ FILED  ☐ LODGED

**Mar 13 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3-10-23 | 3-13-23  0950 | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

A. Atayde / W. Akins

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

PACKAGING MATERIAL

454 grams suspected fentanyl pills

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 3-13-23

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title